UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAW OFFICES OF JUSTIN CHIN LLC,<br><br>Plaintiff,<br><br>v.<br><br>THUMBTACK INCORPORATED, et al.,<br><br>Defendants. | Case No. 4:25-cv-05245-KAW<br><br>**ORDER TO SHOW CAUSE** |

On June 23, 2025, Plaintiff Law Offices of Justin Chin LLC ("LLC") filed the complaint initiating this lawsuit. (Compl., Dkt. No. 1.) Plaintiff LLC, however, is represented by Justin Chin, who is not admitted to practice in the Northern District of California. Rather, according to the complaint, Mr. Chin is admitted to practice in Georgia. *See id.* at 1.

As a limited liability company, Plaintiff is a corporate entity and "may appear only through a member of the bar of this Court." *See* Civil L.R. 3-9(b). Thus, Mr. Chin is currently unable to represent his law firm in this matter. Accordingly, by **August 15, 2025**, Mr. Chin is ORDERED TO SHOW CAUSE why he should not be removed as counsel in this matter pursuant to Civil Local Rule 11-1(a). Additionally, by **August 15, 2025**, Plaintiff LLC must obtain new counsel and file a substitution of counsel or show cause why the case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: July 16, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge