UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAW OFFICES OF JUSTIN CHIN LLC,<br><br>Plaintiff,<br><br>v.<br><br>THUMBTACK INCORPORATED, et al.,<br><br>Defendants. | Case No. 4:25-cv-05245-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

On June 23, 2025, Plaintiff Law Offices of Justin Chin LLC ("LLC") filed the complaint initiating this lawsuit. (Compl., Dkt. No. 1.) Plaintiff LLC, however, is represented by Justin Chin, who is not admitted to practice in the Northern District of California. Rather, according to the complaint, Mr. Chin is admitted to practice in Georgia. *See id.* at 1. As a limited liability company, Plaintiff is a corporate entity and "may appear only through a member of the bar of this Court." See Civil L.R. 3-9(b). As a result, Mr. Chin is unable to represent his law firm in this matter.

On July 16, 2025, the Court issued an order to show cause and ordered Mr. Chin to explain "why he should not be removed as counsel in this matter pursuant to Civil Local Rule 11-1(a)." (Dkt. No. 9 at 1.) Additionally, Plaintiff LLC was ordered to obtain new counsel and file a substitution of counsel or show cause why the case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). *Id.* The deadline for Mr. Chin to file a response to the order to show cause and for Plaintiff LLC to obtain new counsel or show cause was August 15, 2025. *Id.*

To date, neither Mr. Chin nor Plaintiff LLC have responded to the July 16, 2025 order to show cause. Accordingly, the Court issues this SECOND ORDER TO SHOW CAUSE to both Mr. Chin and Plaintiff LLC, and both are ordered to respond by **September 12, 2025** and explain

why they did not respond to the first order to show cause. Additionally, Plaintiff LLC must obtain new counsel or explain why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The failure to timely respond to this order to show cause and to comply with all of its directives **will** result in the case being reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: August 22, 2025

KANDIS A. WESTMORE
United States Magistrate Judge